IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KELLY LUX CALLAHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 3:23-cv-00796-SB<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

    The Court GRANTS Plaintiff's Unopposed Motion for Attorney's Fees Under 42 U.S.C. § 406(b) and awards Plaintiff's counsel, Kevin Kerr, $38,994.50 in attorney's fees. Plaintiff's counsel's fee award shall be paid in accordance with agency policy. Plaintiff's counsel must also refund the $10,478.21 in attorney's fees that he previously received under the Equal Access to Justice Act. The Commissioner may use the information on file with the agency to pay Kevin Kerr any funds that the Commissioner withheld in anticipation of an award of attorney's fees under Section 406(b), less an administrative assessment under 42 U.S.C. § 406(d).

    Dated this 17th day of November, 2025.

                                                                                 _____<br>
                                                                                 HON. STACIE F. BECKERMAN<br>
                                                                                 United States Magistrate Judge